

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00246-CV

IN RE B.U.                                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2006-20830-158

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

PER CURIAM

PANEL: SUDDERTH, WALKER and MEIER, JJ.

DELIVERED: July 31, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).